UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEYEMBO MIKANDA,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>SEATTLE POLICE DEPARTMENT, et al.,<br><br>　　　　　　Defendant(s). | CASE NO. C24-0499-KKE<br><br>ORDER TO SHOW CAUSE |

　　　This matter comes before the Court on its own motion. Plaintiff Neyembo Mikanda, proceeding *pro se*, filed a complaint in this Court on April 10, 2024. Dkt. No. 1. The Court notified Mikanda that the required filing fee had not been paid, and thus Mikanda must either pay the filing fee or apply to proceed *in forma pauperis* no later than May 13, 2024. Dkt. No. 3. The Court's notice was sent via U.S. Mail to two known addresses for Mikanda, and one of them was returned as undeliverable on April 29, 2024. Dkt. No. 4.

ORDER TO SHOW CAUSE - 1

Mikanda did not resolve the filing deficiency by the deadline set by the Court, and the Court therefore ORDERS Plaintiff to SHOW CAUSE no later than May 31, 2024, why this action should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Dated this 14th day of May, 2024.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 2