UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEYEMBO MIKANDA,<br><br>               Plaintiff(s),<br>    v.<br><br>SEATTLE POLICE DEPARTMENT, et al.,<br><br>               Defendant(s). | CASE NO. C24-0499-KKE<br><br>ORDER TO RESOLVE FILING DEFICIENCY |

       This matter comes before the Court on its own motion.  Plaintiff Neyembo Mikanda, proceeding *pro se*, filed a complaint in this Court on April 10, 2024.  Dkt. No. 1.  The Court notified Mikanda that the required filing fee had not been paid, and instructed Mikanda to either pay the filing fee or apply to proceed *in forma pauperis* ("IFP") no later than May 13, 2024.  Dkt. No. 3.

       Mikanda did not respond either pay the filing fee or file an IFP application by that date, and this Court issued an order to show cause why the case should not be dismissed without prejudice for failure to prosecute.  Dkt. No. 5.  Mikanda filed a response that does not address or resolve the underlying deficiency.  Dkt. No. 6.

       The Court now ORDERS Mikanda to either pay the filing fee or file an IFP application by June 28, 2024.  If Mikanda does not either pay the filing fee or file an IFP application by that deadline, the Court will dismiss this action without prejudice.  The clerk is instructed to mail via

ORDER TO RESOLVE FILING DEFICIENCY - 1

USPS this order, a copy of the IFP application, and the civil cover sheet form to Mikanda, along with an updated copy of the instructions previously provided (Dkt. No. 3).

Dated this 10th day of June, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER TO RESOLVE FILING DEFICIENCY - 2