UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEYEMBO MIKANDA, | CASE NO. C24-0499-KKE |
| Plaintiff(s), | ORDER CLOSING CASE |
| v. | |
| SEATTLE POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Plaintiff, proceeding *pro se*, filed a proposed complaint on April 10, 2024, without either paying the filing fee or applying to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. The Court instructed Plaintiff to either pay the fee or complete an IFP application by May 13, 2024. Dkt. No. 3. When Plaintiff did neither, the Court issued an order to show cause why this case should not be dismissed without prejudice. Dkt. No. 5.

Plaintiff responded, but did not either pay the filing fee or complete an IFP application or otherwise address the filing deficiency. Dkt. No. 6. The Court provided one more opportunity for Plaintiff to either pay the filing fee or file an IFP application, by June 28, 2024. Dkt. No. 7. Plaintiff filed some documents before and after that deadline (Dkt. Nos. 10–11), but did not either pay the filing fee or file an IFP application.

ORDER CLOSING CASE - 1

Because Plaintiff has failed to cure the filing deficiency in accordance with Court orders, the clerk is directed to close this case.

Dated this 25th day of July, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER CLOSING CASE - 2